UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PETER J. WIELICKI, | ) | CASE NUMBER 1: 09 CV 15 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | **GENERAL VERDICT IN FAVOR OF** |
| | ) | **DEFENDANT, THE HMC GROUP** |
| THE HMC GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

We the Jury in the case, having been duly impaneled and sworn, do find the issues in this case in favor of the Defendant, the HMC Group., and against Plaintiff, Peter Wielicki.



Foreperson

DATED: 9-28-09